■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT WILLIAMS, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [948 NYS2d 841]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered March 14, 2011 in a habeas corpus proceeding. The judgment denied and dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES ROBERT MOORE, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [946 NYS2d 919]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered September 16, 2011. The judgment converted the matter to a CPLR article 78 proceeding and denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.